FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

08 APR 23 PM 3:31

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:08-CR- 191-T 27EAJ
21 U.S.C. § 841(a)(1)
21 U.S.C. § 846

REGINALD B. DAVIS
KEITH L. DAVIS

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

From an unknown date in 2008, through on or about April 1, 2008, in the Middle District of Florida and elsewhere, the defendant,

**REGINALD B. DAVIS**

did knowingly and willfully conspire and agree with another person, to distribute 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, a controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(iii).

**COUNT TWO**

From an unknown date in 2008 through on or about April 1, 2008, in the Middle District of Florida and elsewhere, the defendant,

**KEITH L. DAVIS**

did knowingly and willfully conspire and agree with another person, to distribute a mixture or substance containing a detectable amount of cocaine base, a controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1). All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

**COUNT THREE**

On or about February 20, 2008, in the Middle District of Florida, the defendant,

**REGINALD B. DAVIS,**

knowingly and intentionally distributed 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

**COUNT FOUR**

On or about February 27, 2008, in the Middle District of Florida, the defendant,

**REGINALD B. DAVIS,**

knowingly and intentionally distributed 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

**COUNT FIVE**

On or about February 27, 2008, in the Middle District of Florida, the defendant,

**KEITH L. DAVIS,**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT SIX**

On or about March 25, 2008, in the Middle District of Florida, the defendant,

**REGINALD B. DAVIS,**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT SEVEN**

On or about April 1, 2008, in the Middle District of Florida, the defendant,

**REGINALD B. DAVIS,**

knowingly and intentionally possessed with intent to distribute 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

**FORFEITURES**

The allegations contained in Counts One through Eight of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

1. From his engagement in any or all of the violations alleged in Counts One through Eight of this Indictment, punishable by imprisonment for more than one year, defendants

**REGINALD B. DAVIS**
**and**
**KEITH L. DAVIS**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of their right, title, and interest the following:

a. All property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violations; and

b. All property used and intended to be used in any manner or part to commit or to facilitate the commission of such violations.

2. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL,

Patricia Banfield

Foreperson

ROBERT E. O'NEILL
United States Attorney

By: ______________________________
JAMES A. MUENCH
Assistant United States Attorney

By: ______________________________
JAMES C. PRESTON, JR.
Assistant United States Attorney
Deputy Chief, Narcotics

FORM OBD-34
APR 1991

No.

## UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

REGINALD B. DAVIS, et. al

## INDICTMENT

Violations:

21 U.S.C. § 841(a)(1)
21 U.S.C. § 846

A true bill,

Patricia Barfield

Foreperson

Filed in open court this 23rd day

of April, A.D. 2008.

_______________________________

Clerk

Bail $____________

GPO 863 525

N:_Criminal Cases\D\Davis, et. al, Reginald_2008Rpend_JAM\f_indictment_back.wpd